**Electronically Filed
Supreme Court
SCWC-19-0000050
23-AUG-2019
12:58 PM**

SCWC-19-0000050

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

ESTATE ADMINISTRATIVE SERVICES LLC, Interim Personal
Representative for the Estate of Philip Finn,
Respondent/Plaintiff-Appellee,

vs.

SIONE P. MOHULAMU, FALAULA TINOGA, SR., and SAMANTHA KALIKO,
Respondents/Defendants-Appellees,

and

CHRISTY TIGILAU,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000050; CASE NO. 1RC18-1-8145)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Christy Tigilau's

application for writ of certiorari filed on July 10, 2019, is

hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be

held in this case. Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, August 23, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama



/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson